■ In the Matter of JESSE CLAYBORN, Petitioner, v NEW YORK STATE BOARD OF PAROLE, Respondent. — Motion by petitioner for extension of time to appeal denied, without costs, on the ground that this court is without jurisdiction to grant such relief in this case (CPLR 5514, subd [c]; *A & B Serv. Sta. v State of New York,* 50 AD2d 973, 974, mot for lv to app den 39 NY2d 709). Casey, J. P., Mikoll, Yesawich, Jr., Weiss and Levine, JJ., concur.